Case 9:20-cv-81059-RLR   Document 26   Entered on FLSD Docket 07/06/2020   Page 1 of 2
Case 9:20-md-02924-RLR   Document 1033   Entered on FLSD Docket 07/02/2020   Page 1 of 2
Case MDL No. 2924   Document 369   Filed 07/02/20   Page 1 of 2

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ZANTAC (RANITIDINE) PRODUCTS
LIABILITY LITIGATION							MDL No. 2924

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −24)**

On February 6, 2020, the Panel transferred 12 civil action(s) to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2020). Since that time, 189 additional action(s) have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Robin L. Rosenberg.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Rosenberg.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of February 6, 2020, and, with the consent of that court, assigned to the Honorable Robin L. Rosenberg.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jul 02, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By  *Maria Cruz*
Deputy Clerk
Date  *Jul 2, 2020*

Case 9:20-cv-81059-RLR   Document 26   Entered on FLSD Docket 07/06/2020   Page 2 of 2
Case 9:20-md-02924-RLR   Document 1033   Entered on FLSD Docket 07/02/2020   Page 2 of 2
Case MDL No. 2924   Document 369   Filed 07/02/20   Page 2 of 2

**IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION**　　　　　　　　　　MDL No. 2924

### SCHEDULE CTO−24 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 20−03913 | Dudley v. GlaxoSmithKline LLC et al |
| CAN | 3 | 20−03914 | Goetz v. GlaxoSmithKline, LLC et al |
| CAN | 3 | 20−03921 | Cash v. GlaxoSmithKline, LLC et al |
| CAN | 3 | 20−03931 | Brittner v. GlaxoSmithKline, LLC et al |
| CAN | 3 | 20−03946 | Ortega v. GlaxoSmithKline, LLC et al |
| CAN | 3 | 20−03948 | Campbell v. GlaxoSmithKline, LLC et al |
| CAN | 3 | 20−03959 | Flores v. GlaxoSmithKline, LLC et al |
| CAN | 3 | 20−03961 | Astruc v. GlaxoSmithKline, LLC et al |
| CAN | 3 | 20−03963 | Brodie v. GlaxoSmithKline, LLC et al |
| CAN | 3 | 20−03969 | Harbaugh v. GlaxoSmithKline, LLC et al |
| CAN | 3 | 20−03970 | Reynolds v. GlaxoSmithKline, LLC et al |
| CAN | 3 | 20−03972 | Gregory v. GlaxoSmithKline, LLC et al |
| CAN | 3 | 20−03973 | Williams v. GlaxoSmithKline, LLC et al |
| CAN | 3 | 20−03974 | Hernandez v. GlaxoSmithKline, LLC et al |
| CAN | 3 | 20−03978 | Geurin v. GlaxoSmithKline, LLC et al |
| CAN | 3 | 20−03980 | Carbajal v. GlaxoSmithKline, LLC et al |
| CAN | 4 | 20−03918 | John Russell v. GlaxoSmithKline, LLC et al |
| CAN | 4 | 20−03924 | Salvatore v. GlaxoSmithKline, LLC et al |
| CAN | 4 | 20−03954 | White v. GlaxoSmithKline LLC et al |
| CAN | 4 | 20−03968 | Gigliello v. GlaxoSmithKline, LLC et al |